RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMELIA L. BIZZARO
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
amelia_bizzaro@fd.org

Attorney for Petitioner Hector Jardine

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HECTOR LEONARD JARDINE,<br><br>Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>Respondents. | Case No. 2:16-cv-02637-RFB-NJK<br><br>**Unopposed Motion for Extension of Time to File Amended Petition for Writ of Habeas Corpus**<br><br>**(First Request)** |

Petitioner Hector Leonard Jardine moves this Court for an extension of time of 120 days from February 22, 2018, to and including June 22, 2018, to file an Amended Petition for Writ of Habeas Corpus.

## POINTS AND AUTHORITIES

1. Following a four-day jury trial, Mr. Jardine was convicted of one count each of attempt murder with use of a dangerous weapon, burglary, first-degree kidnapping with use of a dangerous weapon and with substantial bodily harm, and sexual assault with use of dangerous weapon. He was sentenced to a total of 50 years to life.

2. On December 12, 2017, this Court appointed the Federal Public Defender as counsel for Mr. Jardine. ECF No. 10. Undersigned counsel filed a Notice of Appearance on January 18, 2018, replacing Attorney Megan Hoffman, who first appeared on January 5, 2018. *See* ECF Nos. 13, 15.

3. This is Mr. Jardine's first request for an extension of time.

4. This is a complex habeas corpus case, which requires counsel and staff to gather and review voluminous files and court records. This office is still in the process of gathering, reviewing, and coding the voluminous records in this case, which will take a significant period of time.

5. On February 7, 2018, we downloaded the available record and requested the court minutes and left side of the file from the Eighth Judicial District, as is our practice. We received the requested materials on February 14, 2018.

6. On February 7, 2018, we downloaded all available files from the Nevada Supreme Court. On that same day, we requested the materials related to Mr. Jardine's petition for rehearing and petition for en banc reconsideration. We have not yet received those materials.

7. On February 7, 2018, we requested Mr. Jardine's files from the Clark County Public Defender's Office and Atty. Conrad Claus. Only the Public Defender's Office responded. Given the difficulties Mr. Jardine had with Atty. Claus, as described in his response to this Court's show cause order, counsel expects we may have similar difficulties.

8. We learned on February 14, 2018, that the Public Defender's Office gave their file to another attorney, Keith Brower. We requested the file from him on February 15, 2018, but haven't yet heard back.

9. The paralegal staffed to the case is responsible for loading all of the files we have into our database and coding them. She has been unable to do that in light of other deadlines, and the way that cases that come into the unit are prioritized.

Counsel does not expect this matter will be in our system until April, at the earliest. Once it's in our system, counsel will be able to determine what, if any, transcripts are missing and must be ordered.

10. Because counsel does not yet have the complete record or files from prior counsel, she has been unable to review the case. Upon receiving those files, the review will take considerable time.

11. Counsel has spoken to Mr. Jardine on the telephone, but is not planning to visit him until she has been able to review the relevant portions of the record.

12. This request will permit counsel and her office to obtain the necessary files, organize them so they may be reviewed, and for counsel to begin reviewing them. It will also permit her time to meet with Mr. Jardine in person and to order any necessary transcripts.

13. The additional period of time is necessary in order to effectively and thoroughly represent Mr. Jardine. The motion is not filed for the purposes of delay but in the interests of justice, as well as the interests of Mr. Jardine.

14. On February 21, 2018, counsel e-mailed Assistant Solicitor General Jeffrey M. Connor regarding this request. He responded that he does not have any objection, with the understanding that his lack of objection is not a waiver or concession of any kind.

Dated this 22nd day of February, 2018.

                                          Respectfully submitted,

                                          RENE L. VALLADARES
                                          Federal Public Defender

                                          */s/Amelia L. Bizzaro*
                                          AMELIA L. BIZZARO
                                          Assistant Federal Public Defender


                                          IT IS SO ORDERED:

                                          _____
                                          RICHARD F. BOULWARE, II
                                          United States District Judge

                                          Dated: February 27, 2018.

# CERTIFICATE OF SERVICE

hereby certify that on February 22, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Jeffrey Conner.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Hector Jardine
No. 94724
High Desert State Prison
PO Box 650
Indian Springs, NV 89070

*/s/ Jessica Pillsbury*
An Employee of the
Federal Public Defender