Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Amelia L. Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
amelia_bizzaro@fd.org

*Attorney for Petitioner Hector Leonard Jardine

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Hector Leonard Jardine,

    Petitioner,

v.

Brian Williams, *et al.*,

    Respondents.

Case No. 2:16-cv-02637-RFB-NJK

**Unopposed Motion for Extension of Time to File Amended Petition for Writ of Habeas Corpus**

**(Second Request)**

**Points And Authorities**

Petitioner Hector Jardine respectfully asks this Court to enter an order extending his deadline for filing a counseled amended petition by 120 days from June 22, 2018 until October 20, 2018.

Mr. Jardine was convicted following a four-day jury trial of one count each of attempt murder with use of a dangerous weapon, burglary, first-degree kidnapping with use of a dangerous weapon and with substantial bodily harm, and sexual assault with use of dangerous weapon. He was sentenced to a total of 50 years to life.

This is Mr. Jardine's second request for an extension. In his first, counsel highlighted the many things she and members of her office were doing to track down Mr. Jardine's complete file from the courts and prior counsel. Counsel has now received complete files from the courts, has reviewed the majority of those records, and has met with Mr. Jardine in person at High Desert State Prison.

Counsel, like Mr. Jardine before her, is having difficulty reaching his prior attorney, Conrad Claus, who represented him on post-conviction and appeal. It appears his prior trial attorneys transmitted their files to Mr. Claus. The FPD contacted Mr. Claus at the contact information he has listed with the State Bar, but he never responded. An investigator has located Mr. Claus in New Orleans and counsel is in the process of contacting him by e-mail and certified letter. Mr. Claus's file is vital to counsel's evaluation of Mr. Jardine's case, and this extension of time will allow her and her investigator to hopefully locate Mr. Claus and the file.

The additional period of time is necessary in order to effectively and thoroughly represent Mr. Jardine. The motion is not filed for the purposes of delay but in the interests of justice, as well as the interests of Mr. Jardine. The requested time will give counsel time to contact Mr. Claus and locate his file, conduct any

necessary investigation into both substantive and procedural matters, and draft a petition.

On June 21, 2018, counsel e-mailed Assistant Solicitor General Jeffrey M. Connor regarding this request. He responded that he does not have any objection, with the understanding that his lack of objection is not a waiver or concession of any kind.

Dated June 21, 2018.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/Amelia L. Bizzaro*
Amelia L. Bizzaro
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 22nd day of June, 2018.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Jeffrey M. Conner.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Hector Jardine
No. 94724
High Desert State Prison
PO Box 650
Indian Springs, NV 89070

/s/ Jessica Pillsbury
An Employee of the
Federal Public Defender