UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HECTOR LEONARD JARDINE, | Case No. 2:16-cv-02637-RFB-NJK |
| Petitioner, | |
| v. | ORDER |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

This is a habeas corpus proceeding under 28 U.S.C. § 2254. Petitioner Jardine has filed a motion for discovery asking this court to issue an order requiring (1) the Clark County District Attorney's Office to provide Jardine's counsel with a complete copy of the discovery it disclosed to trial counsel during the litigation of *State v. Jardine*, Clark County Case No. C223240; (2) Attorney Conrad Claus to provide counsel with his complete file; and (3) Robert Rose, who worked with Claus, to provide counsel with all files he has related to Jardine. ECF No. 22. Respondents have filed a response indicating they do not oppose Jardine's discovery request.

**IT IS THEREFORE ORDERED** that petitioner's motion for discovery (ECF No. 22) is GRANTED. Petitioner is permitted to serve subpoenas commanding the production of the specific material identified in his discovery motion.

**IT IS FURTHER ORDERED** that petitioner's amended petition is due by **February 4, 2019**. In all other respects, the scheduling of this proceeding is governed by the court's order of January 8, 2018 (ECF No. 14).

DATED this 26th day of December, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE