1  AARON D. FORD
     Attorney General
2  CHARLES L. FINLAYSON (Bar No. 13685)
     Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  100 North Carson Street
   Carson City, Nevada 89701-4717
5  Telephone: (775) 684-1115
   Fax: (775) 684-1108
6  CFinlayson@ag.nv.gov
   *Attorney for Respondent*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HECTOR LEONARD JARDINE,<br><br>Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al*.,<br><br>Respondents. | Case No. 2:16-cv-02637-RFB-NJK<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)** |

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a sixty (60) day enlargement of time, to and including July 16, 2021, in which to file and serve their response to petition.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

There have been no prior requests for an enlargement of time, and this motion is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 17th day of May, 2021.

                AARON D. FORD
                Attorney General

                By:   /s/ Charles L. Finlayson
                          CHARLES L. FINLAYSON (Bar No. 13685)
                          Senior Deputy Attorney General

AARON D. FORD
　Attorney General
CHARLES L. FINLAYSON (Bar No. 13685)
　Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1115
Fax: (775) 684-1108
CFinlayson@ag.nv.gov
*Attorney for Respondent*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HECTOR LEONARD JARDINE,<br><br>　　Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>　　Respondents. | Case No. 2:16-cv-02637-RFB-NJK<br><br>**DECLARATION OF COUNSEL** |

　　I, Charles L. Finlayson, hereby state, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

　　1.　I am a Senior Deputy Attorney General of the Post-Conviction Division of the Nevada Attorney General's Office, and I make this declaration on behalf of Respondents' motion for enlargement of time.

　　2.　My response in this matter is currently due on May 17, 2021. By this motion, I am requesting a sixty (60) day enlargement of time, to and including July 16, 2021, in which to file my response.

　　3.　I require additional time to complete my response in this matter. I recently filed a reply in support of a motion to dismiss and oppositions to motions for discovery and an evidentiary hearing in *Mulder v. Gittere,* 3:09-cv-0610-JAD-WGC (death penalty), various responses in *Sonner v. Filson*, No. 17-99006 (death penalty), and an answering brief in *Kelsey v. Baker*, No. 19-16728. In addition, the Ninth Circuit recently directed me to respond to an application to file a second or successive petition in *Zakouto v. Russell*, 21-70375, and I require time to familiarize myself with that matter.

4. In addition to working on other matters, my role as a Senior Deputy Attorney General requires that I take time from my own cases to review and edit filings, conduct trainings, and coordinate responses with other departments. The Nevada Attorney General's Office also recently directed staff to take one day of furlough time per month, time which I cannot spend working on this matter.

5. I contacted counsel for the petitioner, Amelia Bizzaro, and they indicated that they have no objection to this request.

By: /s/ Charles L. Finlayson
CHARLES L. FINLAYSON (Bar No. 13685)

## IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 19th day of May, 2021.

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General and that on this 17th day of May, 2021, I served a copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)**, by U.S. District Court CM/ECF electronic filing to:

Amelia L. Bizzaro
Assistant Federal Public Defender
411 E. Bonneville Ave. Ste. 250
Las Vegas, Nevada 89101

/s/ Amanda White