Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Amelia L. Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amelia_Bizzaro@fd.org

*Attorney for Petitioner Hector Leonard Jardine

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Hector Leonard Jardine,<br><br>      Petitioner,<br><br>    v.<br><br>Brian Williams, *et al.*,<br><br>      Respondents. | Case No. 2:16-cv-02637-RFB-NJK<br><br>**Unopposed motion to extend time for filing opposition to motion to dismiss**<br><br>**(First Request)** |

## POINTS AND AUTHORITIES

Petitioner Hector Jardine respectfully asks this Court to enter an Order extending his deadline for filing an opposition to the warden's motion to dismiss by 60 days until October 15, 2021.

Counsel for the warden, Senior Deputy Attorney General Charles L. Finlayson, does not object to this request.

This is Jardine's first request to extend this deadline.

At Jardine's request, and without opposition from the warden, this Court granted his motion to reopen the case, having completed exhaustion his claims in state court.[1]

Following a single request for an extension, the warden filed its response to Jardine's first amended petition on July 16, 2021.[2] Because it filed a motion to dismiss, rather than an answer, Jardine's opposition is due August 16, 2021.[3]

This extension is necessary to allow counsel time to draft Jardine's response to the warden's motion, which seeks to dismiss Jardine's case on timeliness grounds.

Given the restrictions the Nevada Department of Corrections has imposed on in-person visitation in response to the pandemic as well as understaffing, counsel wasn't able to meet with Jardine about the warden's motion until August 11, 2021, though the request was made on or about July 20, 2021. Such an in-person meeting was necessary because Jardine's opposition will focus on equitable tolling, a fact-specific inquiry.

---

[1] ECF Nos. 39, 40, 41.

[2] ECF No. 41.

[3] ECF No. 41 at 3.

Having met with Jardine and previously gathered other records, counsel believes she has everything she needs to file Jardine's opposition by the next deadline.

This request takes counsel's schedule into consideration, which includes filing a petition under the AEDPA statue of limitations on August 4, 2021 in *Aberha v. Gittere*, Case No. 3:20-cv-00524-LRH-WGC, and the anticipated filing of two other AEDPA petitions in *Zuniga v. Bean*, Case No. 2:20-cv-00519-GMN-BNW on September 7, 2021, and in *Taylor v. Director*, Case No. 2:20-cv-01962-GMN-DJA on October 13, 2021. Counsel also has a Ninth Circuit oral argument on August 30, 2021 in *Bork v. Gentry*, Case No. 20-15461, in addition to counsel's other supervisory duties.

For the reasons stated above, Jardine respectfully asks this Court to grant the requested extension until October 15, 2021.

Dated August 16, 2021.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

IT IS SO ORDERED:

*/s/ Amelia L. Bizzaro*
Amelia L. Bizzaro
Assistant Federal Public Defender

RICHARD F. BOULWARE, II
United States District Judge

DATED this 17th day of August, 2021.