UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HECTOR LEONARD JARDINE,<br><br>　　　　　　　　　　　Petitioner,<br><br>　v.<br><br>BRIAN WILLIAMS, et. al,<br><br>　　　　　　　　　　　Respondents. | Case No. 2:16-cv-02637-RFB-NJK<br><br>ORDER |

Before the court in this habeas corpus proceeding under 28 U.S.C. § 2254 are two motions for extension of time – one filed by the respondents and one by the petitioner. ECF Nos. 79 and 82.

Respondents' motion asked the court to extend the deadline for their answer to August 18, 2023. The motion was unopposed by the petitioner and appears to have been filed in good faith and not for the purpose of delay. In addition, respondents filed their answer on August 17, 2023. Thus, **the motion (ECF No. 79) is granted** *nunc pro tunc* as of June 13, 2023 (the date it was filed).

Petitioner's motion asks for more time to file a reply to the answer. It is also unopposed and appears to have been filed in good faith and not for the purpose of delay. And, in light of the time allotted for respondents' answer, the court is willing to allow petitioner more time to file his reply. The court is concerned, however, about the length of time this case has remained pending on the docket. Thus, **petitioner's motion (ECF No. 82) is granted**. but any further extensions will be granted sparingly. The reply is due **December 15, 2023**.

**IT IS SO ORDERED**.

DATED: October 24, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE